# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Y.G.L.,

        Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

        Respondents.

Case No. 1:26-cv-3157 KES SKO (HC)

ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM

Doc. 4

Petitioner Y.G.L. proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging her detention.  Petitioner moves to proceed under a pseudonym.  Doc. 4.  Respondents do not oppose the motion.  *See* Doc. 6 at 1.

A party may proceed under a pseudonym "when nondisclosure of the party's identity is necessary ... to protect a person from harassment [or] injury . . ."  *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) (citation omitted).  Having considered the motion to proceed under a pseudonym, the Court finds petitioner has established good cause.  The Court ORDERS that petitioner shall referred to by her initials in this action in all filings.

IT IS SO ORDERED.

    Dated:   May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

1